**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noodles Development, LP ) | No.   CV 06-2514-PHX-PGR |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Café Concepts Unlimited, LLC, ) et al. ) | |
| Defendants. ) | |

This matter comes before the Court on Plaintiff Noodles Development LP's ("Noodles") Motion for Preliminary Injunction (Doc. 3), filed on October 20, 2006. The Court has reviewed the motion, and having received no response from the Defendants, has determined that Noodles is entitled to the issuance of a Preliminary Injunction.

Specifically, the Court makes the following findings: (1) Defendant Café Concepts and Neil Barstow's (collectively "Café Concepts") prior license to use Noodles' Trademarks at restaurants located at 2692 Madison Road, Norwood, Ohio 47208; 5070 Deerfield Blvd., Mason, Ohio 45050; and 2949 Dixie Highway, Crestview Hills, Kentucky 41047 (the "Franchise Locations") has been terminated, leaving Café Concepts with no legal justification for continuing use of those trademarks. (2) Café Concepts is in breach of covenants not to compete with Noodles set forth in the Franchise Agreements entered into by Noodles and Café Concepts. (3) Café Concepts has willfully ignored Noodles' demands

that they cease using the Trademarks at the Franchise Locations and cease competing unlawfully with Noodles. (4) Café Concepts' actions have caused and will continue to cause immediate and irreparable harm to Noodles unless Café Concepts is enjoined as requested in this motion. (5) The harm to Noodles outweighs any harm the injunctive relief might cause Café Concepts. (6) Noodles is substantially likely to prevail on the merits of its claims in this action. (7) The injunctive relief sought in this motion would not contravene public interest.

Therefore, IT IS HEREBY ORDERED that Café Concepts, its partners, shareholders, officers, employees, family members, agents and anyone acting in concert with Café Concepts are hereby restrained and enjoined from operating Noodles' Franchises at the Franchise Locations or competing with Noodles by owning, operating or having any interest in a fast casual restaurant that serves noodle-based dishes located within a ten (10) mile radius of the Franchise Locations for a period of two (2) years after termination of the Franchise Agreements.

IT IS FURTHER ORDERED that Café Concepts, its partners, shareholders officers, employees, family members, and agents are hereby restrained and enjoined, at the Franchise Locations, from committing any further acts of trademark infringement, trade secret misappropriation, or breach of contract stemming from their unauthorized use of Noodles' service marks, trademarks, trade names, logotypes, insignia, labels, designs, and other commercial symbols including, without limitation, the names and the goodwill associated therewith (collectively, "Trademarks"), and all similar marks or names which are likely to cause confusion among the public as to the source, origin, sponsorship, or affiliation of any goods or services offered by Café Concepts or Noodles.

IT IS FURTHER ORDERED that Café Concepts, its partners, shareholders, officers, employees, family members, and agents are hereby restrained and enjoined, at the Franchise Locations, from using all signs, structures, and forms of advertising and promotional materials indicative of Noodles, the Trademarks, the Proprietary Rights, Noodles' business or products, or its marks and name, and all similar signs, structures, and forms of advertising

1 and promotional materials which are likely to cause confusion among the public as to the
2 source, origin, sponsorship, or affiliation of any goods or services offered by Café Concepts
3 or Noodles.

4     IT IS FURTHER ORDERED that Café Concepts, its partners, shareholders, officers,
5 employees, family members, and agents are hereby required, at the Franchise Locations, to
6 take immediate affirmative steps to cease, cancel or discontinue any previously purchased
7 goods, advertising, or services referring to or using the Trademarks, or any similar marks or
8 names which are likely to cause confusion among the public as to the source, origin,
9 sponsorship, or affiliation of any goods or services offered by Café Concepts or Noodles.

10     IT IS FURTHER ORDERED that Café Concepts, its partners, shareholders, officers,
11 employees, family members, and agents are hereby required to return the Operations Manual
12 to Noodles.

13     IT IS FURTHER ORDERED that Café Concepts, its partners, shareholders, officers,
14 employees, family members, and agents are hereby required to consent to the assignment to
15 Noodles of all telephone numbers and directory listings associated with the Franchised
16 Locations.

17     DATED this 28th day of November, 2006.

Paul G. Rosenblatt
United States District Judge