**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Noodles Development, LP          )          No.     CV 06-2514-PHX-PGR
                                 )
          Plaintiff,             )
                                 )
     vs.                         )          **ORDER**
                                 )
                                 )
Café Concepts Unlimited, LLC,    )
et al.                           )
                                 )
          Defendants.            )
_____)

Based upon Plaintiff's Unopposed Motion for Extension of Time to Comply with Order Setting Scheduling Conference (Doc. 11), and good cause having been shown,

IT IS ORDERED that Plaintiff's unopposed motion is GRANTED.  IT IS FURTHER ORDERED:

1.     The Scheduling Conference previously set for **Monday, March 12, 2007** at 1:30 P.M. is VACATED and RESET for **Monday, April 30, 2007** at 1:30 P.M.

2.     The remainder of the Court's November 2, 2006 Order Setting Scheduling Conference shall remain intact, with deadlines to be calculated from the date of the reset Scheduling Conference.

DATED this 26th day of February, 2007.

Paul G. Rosenblatt
United States District Judge