**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Noodles Development, LP | ) | No.   CV 06-2514-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Café Concepts Unlimited, LLC, et al. | ) | |
| Defendants. | ) | |

Pursuant to the Notice of Dismissal (Doc. 13), filed by the Plaintiff on March 19, 2007, IT IS HEREBY ORDERED that this case be dismissed without prejudice. Accordingly, the case is now closed.

DATED this 21st day of March, 2007.

Paul G. Rosenblatt
United States District Judge